UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY KIM,<br><br>　　　　　Petitioner,<br>　　vs.<br>L.S. MCEWEN, Warden,<br>　　　　　Respondent. | Case No. CV 11-2784 MMM (MRW)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 09.24.12

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE